CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 15 2006

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| STEVEN FRANKLIN RIGGS, II<br>   Movant, | )<br>)<br>) Civil Action No. 7:06-cv-00439 |
| v. | )<br>) **FINAL ORDER** |
| UNITED STATES OF AMERICA<br>   Respondent | )<br>)<br>)<br>) By: Hon. James C. Turk<br>) Senior United States District Court Judge |

## ORDER

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Mr. Riggs' § 2255 motion is **DENIED**.

The Clerk of Court is directed to strike this matter from the active docket of the court and to send certified copies of this order and the accompanying Memorandum Opinion to all counsel of record and to the Movant.

ENTER: This 15th day of December, 2006.

/s/ James C. Turk
SENIOR UNITED STATES DISTRICT JUDGE